## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 2012-cv-01281-RPM-MEH

Stephanie A. Woods,

       Plaintiff,

v.

Touchstone Health Partners, f/k/a Larimer Center for Mental Health,

       Defendant.

_____

## ORDER RE UNOPPOSED MOTION TO AMEND COMPLAINT TO JOIN ADDITIONAL PLAINTIFF
_____

This matter comes before the Court on the Plaintiff's Unopposed Motion to Amend Complaint to Join Additional Plaintiff [10].  Having reviewed the Unopposed Motion and, being fully advised in the premises thereof,

IT IS HEREBY ORDERED that the Unopposed Motion is GRANTED, and the Plaintiff's Second Amended Complaint and Jury Demand adding Earl Rendon as a plaintiff in this matter is accepted for filing effective January 24, 2013, the date submitted.

DATED: January 25th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge