**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01281-RPM-MEH

Stephanie A. Woods and
Earl A. Rendon,

      Plaintiffs,

v.

Touchstone Health Partners, f/k/a Larimer Center for Mental Health,

      Defendant.

_____

**ORDER RE: PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE
SCHEDULING ORDER TO EXTEND EXPERT WITNESS DEADLINES**
_____

      This matter comes before the Court on the Plaintiffs' Unopposed Motion to Amend Scheduling Order to Extend Expert Witness Deadlines. Having reviewed the Unopposed Motion and being fully advised in the premises thereof,

      IT IS HEREBY ORDERED that the Unopposed Motion is GRANTED, and the deadlines to disclose experts shall be extended by forty-five (45) days such that initial expert disclosures will be due on or before August 26, 2013, contradicting experts shall be disclosed on or before September 26, 2013, rebuttal opinions shall be disclosed on or before October 28, 2013, and expert depositions shall be completed on or before October 31, 2013.

      DATED: June 25th, 2013

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                U.S. District Court Judge