IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  2012-cv-01281-RPM-MEH

STEPHANIE A. WOODS and EARL A. RENDON,

      Plaintiffs,

v.

TOUCHSTONE HEALTH PARTNERS, F/K/A LARIMER CENTER FOR MENTAL HEALTH,

      Defendant.

___

## ORDER OF DISMISSAL
___

      THIS MATTER having come before the Court upon the parties' Stipulation for Dismissal with Prejudice, and the Court being fully advised, hereby ORDERS that the within action is dismissed with prejudice, each party to pay her, his or its own attorneys' fees and costs.

      Dated this 13th day of August, 2013.

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge